# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2965

_____

United States of America

*Plaintiff - Appellee*

v.

William Arthur Cooper, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: December 27, 2017
Filed: January 12, 2018
[Unpublished]

_____

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

William Cooper directly appeals after the district court[1] revoked his supervised release. Having carefully reviewed the record, we conclude that the district court did

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

not clearly err in finding that the government demonstrated by a preponderance of the evidence that Cooper violated the conditions of his supervised release. <u>See</u> 18 U.S.C. § 3583(e)(3) (court may revoke supervised release if it finds by preponderance of evidence that defendant violated conditions of supervised release); <u>United States v. Perkins</u>, 526 F.3d 1107, 1109 (8th Cir. 2008) (fact-finding as to whether violation occurred is reviewed for clear error). Accordingly, we affirm.

_____